No. 73–1015. CROW ET AL. *v.* CALIFORNIA DEPARTMENT OF HUMAN RESOURCES DEVELOPMENT ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded with directions to consider question of mootness in light of *Sosna* v. *Iowa,* 419 U. S. 393 (1975), and *Indiana Employment Security Division* v. *Burney,* 409 U. S. 540 (1973). See *United States* v. *Munsingwear, Inc.,* 340 U. S. 36 (1950). If the court determines that the case is not moot, it should consider whether a three-judge court is required. See *Hagans* v. *Lavine,* 415 U. S. 528, 543–545 (1974); *Fusari* v. *Steinberg,* 419 U. S. 379 (1975); cf. *Idlewild Bon Voyage Liquor Corp.* v. *Epstein,* 370 U. S. 713, 716 (1962). MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.*

No. A–463. HAJAL ET AL. *v.* UNITED STATES. C. A. 6th Cir. Application for bail, presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this application.*

No. A–627 (74–932). LEKOMETROS *v.* UNITED STATES. C. A. 8th Cir. Application for stay, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this application.*

---

*See also note, *supra,* p. 914.